UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| KEVIN TREVEL FLUELLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV413-012 |
| ) | |
| MAX MATHIES, CHARLES McCOY, ) | |
| SGT. SMOOT-LEE, COUNSELOR ) | |
| DAVID LAMB, OFFICER JAQUES, ) | |
| SGT. WARREN, SHERIFF AL ST. ) | |
| LAWRENCE, and CPT. FISHER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 15 day of July, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA